**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § § | |
| **Plaintiff** | § § | |
| v. | § § § | No. 4:26-CV-00812 |
| ARLINGTON MEDICAL INSTITUTE INC, | § § § | |
| **Defendant** | § § § | |

## COMPLAINT

The United States of America files its Complaint against the Defendant Arlington Medical Institute Inc.

## JURISDICTION AND VENUE

1. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1345 and 28 U.S.C. § 3001 *et seq.*

2. The Court may exercise personal jurisdiction over Defendant Arlington Medical Institute Inc because its principal place of business is in the Northern District of Texas.

3. Venue is proper in this district under 28 U.S.C. § 1391(b) because Arlington Medical Institute Inc has its principal place of business in this district.

## PARTIES

4. Plaintiff is the United States of America, acting on behalf of the Department of Education.

5. Defendant Arlington Medical Institute Inc is a corporation whose principal place of business is in the Northern District of Texas.

**THE DEBT**

6.     Defendant operated a post-secondary school and enrolled students who received federal student loans under Title IV of the Higher Education Act. On or about February 10, 2017, Defendant's school closed.  Pursuant to 34 C.F.R. § 685.214(c)(3) (2021), the Department of Education was permitted to discharge any student's direct loan who was enrolled in Defendant's school when it closed and had not, within the next three years, re-enrolled in any Title-IV eligible school.  Pursuant to 20 U.S.C. § 1087(c)(2) and 34 C.F.R. § 685.214(e), student loan borrower's whose loans are discharged due to a school's closure automatically transfer to the Department of Education the borrower's right to a refund against the school.

7.     The Department of Education determined that six students, with loan amounts totaling $49,872.00, were eligible to have their federal direct student loans discharged due to Defendant's closure. On May 27, 2021, the Department notified Defendant of its liability for these loan amounts and requested payment of the amounts it otherwise owed to these students. A copy of this notice with the supporting documentation is attached hereto and incorporated herein by reference as Exhibit A.

8.     On September 16, 2021, the Department of Education sent an additional invoice to Defendant for the amount owed and notified Defendant that if unpaid, then Defendant would be responsible for interest at an annual rate of 1% and a penalty at an annual rate of 6%. A copy of this invoice is attached hereto and incorporated herein by reference as Exhibit B.

9.     The Department of Education referred collection of the debt to the U.S. Treasury Department on November 23, 2021. As of April 22, 2026, there is due and owing an outstanding principal balance of $49,872.00, plus accrued interest of $2,295.39, with

interest accruing at $1.37 per day, plus a penalty of $13,215.40, with the penalty accruing at $8.20 per day, plus administrative fees of $20,895.53 as provided for by 31 U.S.C. 3717(e) and 3711(g)(6), (7); 31 C.F.R. 285.12(j); 31 C.F.R. 901.1(f); and 28 U.S.C. 527. A copy of the Certificate of Indebtedness is attached hereto and incorporated herein by reference as Exhibit C.

10. The United States is permitted to recover post-judgment interest on the amount awarded, and the interest will compound annually at the legal rate. See 28 U.S.C. § 1961.

## RELIEF REQUESTED

The United States respectfully requests judgment against Defendant in the amount of $86,278.32, with prejudgment interest and penalty on this amount at the combined rate of $9.57 per day after April 3, 2026, to the date of judgment and for any additional accrued administrative fees. The United States 2further requests interest at the post-judgment rate thereafter, its costs of suit and for such other and further relief as the Court may deem just and proper.

Respectfully submitted,

RAY & WOOD

By _____
    Doug W. Ray
    State Bar No. 16599200

300 Beardsley Lane, Suite B-100
Austin, Texas 78746
(512) 328-8877 (Telephone)
(512) 328-1156 (Facsimile)
dray@raywoodlaw.com

RYAN RAYBOULD
United States Attorney

Brian W. Stoltz
Assistant United States Attorney
Texas Bar No. 24060668
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
(214) 659-8600 (Telephone)
(214) 659-8807 (Facsimile)
brian.stoltz@usdoj.gov

**ATTORNEYS FOR PLAINTIFF
UNITED STATES OF AMERICA**



May 27, 2021

Dr. Alicia Wilkerson                                    Sent Via Email, Password Protected
President
Arlington Medical Institute
2300 Panorama Court
Arlington, TX 76016

RE:     **Automatic Closed School Loan Discharges**
        OPE ID: 03159300
        ACSLD#: 03159300-032021-01

Dear Dr. Wilkerson:

The U.S. Department of Education (Department) is assessing the liabilities set forth below based
on Arlington Medical Institute's closure on February 10, 2017.  Students who attended Arlington
Medical Institute within 120 days of its closure and who did not re-enroll at another Title IV
eligible institution within three years are eligible for an automatic closed school loan discharge.
See 34 C.F.R. § 685.214(c)(3).  Based on the records in the Department's possession, 6
borrowers were eligible for this discharge.  See Appendix A.  The loans discharged for these
borrowers total $49,872, and liabilities in that amount are being assessed against Arlington
Medical Institute.  See 34 C.F.R. § 685.214(e).

The Department's determination that the borrowers were entitled to automatic loan discharges
was based on the enrollment information reported by the institution prior to, or when, it closed,
and on the Department's review of its records to ensure that the borrower did not re-enroll in any
Title IV eligible institution within three years from the date Arlington Medical Institute closed.
Institutions are required to certify enrollment every two months, at a minimum, and update the
roster one final time when closing.  See Enrollment Reporting Guide, Sections 1.4 and 5.2.2.1.

The liabilities totaling $49,872 must be paid within 45 days of the date of this letter using an
electronic transfer of funds through the Treasury Financial Communications System, which is
known as FEDWIRE.  This repayment through FEDWIRE is made via the Federal Reserve Bank
in New York.  If Arlington Medical Institute does not maintain an account at the Federal Reserve
Bank, it must use the services of a correspondent bank when making the payments through
FEDWIRE.  The FEDWIRE form with instructions is included as Appendix C.

If payment is not received within the 45-day period, interest will begin to accrue on the amounts
owed to the Department, at the current value of funds rate in effect as established by the
Department of the Treasury, from the date of this notice until the date of receipt of payment.  In
addition, if this debt is not paid within 90 days, penalties of 6% per year will accrue from the
date of this notice until the date of receipt of payment.  If reconsideration is not requested and



**EXHIBIT A**

**Arlington Medical Institute**
**03159300**
**ACSLD#: 03159300-032021-01**
**Page 2 of 2**

payment is not made by the end of the 45-day reconsideration period, the Department will refer the debt to Centralized Receivables Service (CRS) for servicing and collection. Continued failure to pay the liability after notification from CRS may result in costs exceeding 32% on the amount due. If reconsideration is requested, interest will continue to accrue while the reconsideration is pending.

Arlington Medical Institute may request reconsideration of this determination by submitting to the Department, no later than **20 days following receipt of this notice**, written evidence to show that this determination is unwarranted for one or more of the students who have received a loan discharge included in this liability. Should Arlington Medical Institute elect to pursue this option, please submit written materials to the following address:

> School Eligibility and Oversight Service Group
> Federal Student Aid, Program Participation and Oversight
> 830 First Street, NE Room 73C4
> Washington, DC 20202

If the institution has any questions regarding this letter, please contact our office via email at FSAAutomaticCSLDischargeGroup@ed.gov.

Sincerely,

Martina Fernandez-Rosario, Director
School Eligibility and Oversight Service Group


Enclosures:
Appendix A: Automatic Closed School Loan Discharges Processed
Appendix B: Protection of Personally Identifiable Information
Appendix C: FEDWIRE Form

cc: SPD Division Chief

**EXHIBIT A**

| LAST 4 SSN | LAST | FIRST | LOAN TYPE | DISCHARGE TYPE | DISCHARGE AMT |
|---|---|---|---|---|---|
| 7515 | ALQADI | LENA | D0 | CS02 | $ 3,072 |
| 7515 | ALQADI | LENA | D2 | CS02 | $ 5,240 |
| 6401 | FERGUSON | SAMANTHA | D1 | CS02 | $ 3,072 |
| 6401 | FERGUSON | SAMANTHA | D2 | CS02 | $ 5,240 |
| 7840 | HERNANDEZ | ANA | D0 | CS02 | $ 3,072 |
| 7840 | HERNANDEZ | ANA | D2 | CS02 | $ 5,240 |
| 4424 | LARA | ANNETTE | D1 | CS02 | $ 3,072 |
| 4424 | LARA | ANNETTE | D2 | CS02 | $ 5,240 |
| 6520 | LONGSTREET | JANEQUA | D0 | CS02 | $ 3,072 |
| 6520 | LONGSTREET | JANEQUA | D2 | CS02 | $ 5,240 |
| 2904 | MARMOLEJO | JENNIFER | D0 | CS02 | $ 3,072 |
| 2904 | MARMOLEJO | JENNIFER | D2 | CS02 | $ 5,240 |

| Total Due | $ 49,872 |
|---|---|

**EXHIBIT A**

## PROTECTION OF PERSONALLY IDENTIFIABLE INFORMATION

Personally Identifiable Information (PII) being submitted to the Department must be protected.  PII is any information about an individual that can be used to distinguish or trace an individual's identity (e.g., name, social security number, date and place of birth).

PII being submitted electronically must be encrypted.  The data must be submitted in a .zip file encrypted with Advanced Encryption Standard (AES) encryption (256-bit is preferred).  The Department uses WinZip, however, files created with other encryption software are also acceptable, provided that they are compatible with WinZip (Version 9.0) and are encrypted with AES encryption.  Zipped files using Win Zip must be saved as Legacy compression (Zip 2.0 compatible).

The Department must receive an access password to view the encrypted information.  The password must be e-mailed separately from the encrypted data.  The password must be 12 characters in length and use three of the following: upper case letter, lower case letter, number, special character.  A manifest must be included with the e-mail that lists the types of files being sent (a copy of the manifest must be retained by the sender).

Hard copy and electronic files containing PII must be:

- sent via a shipping method that can be tracked with signature required upon delivery
- double packaged in packaging that is approved by the shipping agent (FedEx, DHL, UPS, USPS)
- labeled with both the "To" and "From" addresses on both the inner and outer packages
- identified by a manifest included in the inner package that lists the types of files in the shipment (a copy of the manifest must be retained by the sender).

**PII data cannot be sent via fax.**

**EXHIBIT A**

## DEPARTMENT OF EDUCATION
## FED-WIRE EFT MESSAGE FORMAT & INSTRUCTIONS

| ABA Number 021030004 | Type/Sub-Type | |
|---|---|---|
| Sender No.: | Sender Ref. No. | Amount ① |

Sender Name (Automatically inserted by the Federal Reserve Bank)

_____

Treasury Department Name/CTR/
TREAS NYC / CTR /

_____

BNF=ED / AC - 91020001  OBI=

_____

Name / City / State:

② _____

DUNS / TIN:

③ _____

FOR:

④ _____

INSTRUCTIONS

A.     Complete circled items 1-4 above as follows:

① Indicate amount including cents digits.

② Indicate Name, City, and State.

③ Indicate DUNS Number and Taxpayer Identification Number (TIN).

④ Enter the reason for the remittance: Name of Institution, OPE ID Number, LOC Number (include any amendments) and LOC Amount.

Version: November 14, 2012

**EXHIBIT A**

U.S. Department of Education
Office of Finance and Operations
Debt Management - Institutional
P.O. Box 970014
St. Louis, MO 63197-0014





**INVOICE**

**Centralized Receivables Service**
CRS INVOICE NUMBER:          10810035294
INVOICE DATE:                        09/16/2021
AGENCY REFERENCE:
                                              ACSLD03159300032101

ARLINGTON MEDICAL
2300 PANORAMA COURT
ARLINGTON, TX 76016

| DESCRIPTION | AMOUNT |
|---|---|
| Accounts receivable owed to the U.S. Department of Education arise from unallowable expenditures of funds or from otherwise failing to discharge the institution's obligation to account for funds distributed through grants, awards or other agreements.<br><br>REFERENCE DEPARTMENT AUTOMATIC CLOSED SCHOOL LOAN DISCHARGES LETTER DATED MAY 27, 2021. | $49,872.00 |
| **TOTAL AMOUNT DUE (USD) ON OR BEFORE 10/16/2021** | **$49,872.00** |

Payment in full is due now.  If you have any questions concerning this invoice, contact the Centralized Receivables Service at 1-855-549-2683. The Centralized Receivables Service is a service provided by the U.S. Department of the Treasury to Federal agencies to assist in the management of accounts receivables.

Federal agencies are generally required to assess interest, administrative costs and penalties on past due amounts.  Interest accrues at the annual rate of 1% on any amount outstanding from the Invoice Date.  Administrative costs include processing and handling of unpaid balances.  A penalty will be assessed at the annual rate of 6% on any amount outstanding after 91 days from the Invoice Date.

If you fail to pay the full amount within 60 days from the date of this invoice, the Centralized Receivables Service will refer your debt(s) to the U.S. Department of the Treasury's Debt Management Services (DMS) for collection, at which time additional administrative costs that may exceed 32% will be added to your debt(s).  Administrative costs may change in the future without notice.  In addition, DMS may take any or all of the following actions:

- Reduce any eligible Federal and State payments due to you.
- Refer your debt(s) to a private collection agency.
- Refer your debt(s) to the U.S. Department of Justice to initiate litigation.
- Report the indebtedness to national credit bureaus.
- Report your debt(s) to the IRS as potential income.

**EXHIBIT B**                    Form:  CRS_DEMANDDUECOMBO 01/2021

You have the right to inspect and copy records related to this invoice and request a review of the determination of the amount due.  You also have the right to enter into a reasonable repayment agreement that is acceptable to the agency.

If additional rights and notifications apply to you, you will find a reference page immediately following this Invoice.  Unless otherwise specified in the attached reference page, if you wish to exercise any of your rights, we must receive your request on or before 60 days  from the date of this Invoice.

Questions or requests to exercise any of your rights should be directed to the Centralized Receivables Service at 1-855-549-2683, or in writing at the following address:

U.S. Department of Education
Office of Finance and Operations
Debt Management - Institutional
P.O. Box 970014
St. Louis, MO 63197-0014

Your prompt attention to this matter is appreciated.

CRS Payment Servicing Specialist
1-855-549-2683

**Please see the PAYMENT OPTIONS page.**
**Thank you for your timely payment!**

**EXHIBIT B** Form:  CRS_DEMANDDUECOMBO 01/2021

# ADDITIONAL NOTIFICATIONS OF YOUR RIGHTS

**Denial of Future Federal Loans and Privileges:**  If your delinquent debt with the United States government is reported to a credit bureau, your credit rating could be adversely affected.  In addition, delinquency is a bar to obtaining Federal loans and other privileges.  Except in limited circumstances, Federal agencies and their lenders are prohibited from approving your application for Federal direct, insured, or guaranteed loans until you resolve your outstanding delinquent debt.

**EXHIBIT B**

Form:  CRS_DEMANDDUECOMBO 01/2021

## PAYMENT OPTIONS

**You have the following options to make full payment of the amount due:**

**Pay.Gov eBilling:**  Make an on-line payment 24 hours a day/7 days a week using your checking/savings account or credit card at the Federal Government's secure Pay.gov website:



    *eBilling: https://pay.gov/public/accesscode/
Use Access Code: 207949380866

*Contact CRS at 1-855-549-2683 to receive your Security Answer if it is unknown.

**Payment by Phone:** Make a payment by calling 1-855-549-2683 between the hours of 7 AM and 7 PM Central Time (GMT-6), Monday through Friday, excluding Holidays.  Please have your checking/savings account or credit card information available before calling.

**Payment by ACH Credit:**  Make a payment by Automated Clearing House (ACH) through your financial institution.  Payments by ACH must be submitted no later than the day before payment is due.  Please follow the ACH Credit Instructions page or contact the Centralized Receivables Service for more information on payment by ACH Credit.

**Payment by Wire Transfer:**  Make an immediate payment through your financial institution via the Federal Reserve Bank's Fedwire system.  Please follow the Fedwire Instructions page or contact the Centralized Receivables Service for more information on payment by Wire Transfer.

**Payment by Check or Money Order:**  Make a payment by enclosing your check or money order with the payment coupon below.  To ensure proper processing of your payment, write your full name and the CRS invoice number on the front of your check or money order.  Please do not send cash.  **Payments by check or money order must be mailed in time to be received by the payment due date.**  When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction.

**Contact the Centralized Receivables Service at 1-855-549-2683**
with any questions about this invoice or available payment options.

**If paying by Check or Money Order,
please detach the Payment Coupon below and return with your payment.**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Payment Coupon**

**Remember,** you can make a payment online 24/7 at <u>www.pay.gov</u>

| CRS Invoice # | 10810035294 |
|---|---|
| Agency Reference # | ACSLD03159300032101 |
| Date of Payment | |
| Amount Enclosed | |

**Send check or money order (USD only) to:**

U.S. Department of Education
P.O. Box 979026
St. Louis, MO 63197-9000

**Make all checks payable to: U.S. Department of Education**

# ACH Credit Instructions

**Please provide the following instructions to your Financial Institution for the remittance of Automated Clearing House (ACH) credits to the U.S. Department of Education, Office of Finance and Operations, Debt Management - Institutional.**

| NACHA Record Type Code | NACHA Field | NACHA Data Element Name | Required Information |
|---|---|---|---|
| 5 | 3 | Company Name | **ARLINGTON MEDICAL** |
| 5 | 6 | Standard Entry Class Code | **CCD+** |
| 5 | 9 | Effective Entry Date | *(enter intended settlement date)* |
| 6 | 2 | Transaction Code* | **22** |
| 6 | 3 & 4 | Receiving DFI Identification (ABA routing #) | **051036706** |
| 6 | 5 | DFI Account Number | **891020001006** |
| 6 | 6 | Amount | *(enter payment amount)* |
| 6 | 8 | Receiving Company Name | **10810035294** |
| 7 | 3 | Payment Related Information | **ACSLD03159300032101** |

*ACH <u>debits</u> are not permitted to this ABA routing number.  All debits received will be automatically returned.

Questions regarding these instructions should be directed to CRS at **1-855-549-2683**.

**EXHIBIT B**    Form:  CRS_DEMANDDUECOMBO 01/2021

**Fedwire Instructions**

**Please provide the following instructions to your Financial Institution for the remittance of Fedwire payments to U.S. Department of Education, Office of Finance and Operations, Debt Management - Institutional.**

| Fedwire Field Tag | Fedwire Field Name | Required Information |
|---|---|---|
| {1510} | Type/Subtype | **1000** |
| {2000} | Amount | |
| {3400} | Receiver ABA routing number * | **021030004** |
| {3400} | Receiver ABA short name | **TREAS NYC** |
| {3600} | Business Function Code | **CTR** *(or CTP)* |
| {4200} | Beneficiary Identifier (account number) | **891020001006** |
| {4200} | Beneficiary Name | **Debt Management - Institutional** |
| {5000} | Originator | **ARLINGTON MEDICAL** |
| {6000} | Originator to Beneficiary Information - Line 1 | **10810035294** |
| {6000} | Originator to Beneficiary Information - Line 2 | **ACSLD03159300032101** |
| {6000} | Originator to Beneficiary Information - Line 3 | |
| {6000} | Originator to Beneficiary Information - Line 4 | |

* The financial institution address for Treasury's routing number is 33 Liberty Street, New York, NY  10045

Questions regarding these instructions should be directed to CRS at **1-855-549-2683**.

**EXHIBIT B**

Form:  CRS_DEMANDDUECOMBO 01/2021



U.S. DEPARTMENT OF THE TREASURY
BUREAU OF THE FISCAL SERVICE
WASHINGTON, DC 20227

ACTING ON BEHALF OF
U.S. DEPARTMENT OF EDUCATION
OFFICE OF THE CHIEF FINANCIAL OFFICER
DEBT MANAGE GROUP(EDUC/OCFO/DMG)
CERTIFICATE OF INDEBTEDNESS

Arlington Medical Institute Inc
2300 Panorama Court
Arlington, TX 76016
**EIN:** ████ 2600

**TRFM14092551**

I hereby certify, as part of my duties with the U.S. Department of the Treasury, Bureau of the Fiscal Service, Disbursement and Debt Management (Treasury), including referring matters to the U.S. Department of Justice (DOJ) for litigation, I am a custodian of records of certain files sent by the U.S. Department of Education, Office of the Chief Financial Officer Debt Management, (EDUC/OCFO/DMG) to Treasury for collection actions. As a custodian of records for Treasury, I have care and custody of records relating to the debts owed by Arlington Medical Institute Inc (DEBTOR) to EDUC/OCFO/DMG.

The information contained in this Certificate of Indebtedness is based on documents created by an employee or contractor of EDUC/OCFO/DMG based on his/her knowledge at or near the time the events were recorded, including the review of EDUC/OCFO/DMG violations, or by an employee or contractor of Treasury based on his/her knowledge at or near the time the events were recorded, including the review of EDUC/OCFO/DMG violations. Treasury's regular business practice is to receive, store and rely on the documents provided by EDUC/OCFO/DMG, when debts are referred to Treasury for collection activities, including litigation. Further, I certify that I am familiar with Treasury's record keeping practices, including the receipt of files from EDUC/OCFO/DMG.

The DEBTOR is liable for the $49,872.00 paid to discharge loans for 6 students who were unable to complete their programs of study due to DEBTOR's closure on February 10, 2017, as well as $44.33 imputed interest calculated after the loan discharge payment by the U.S. Department of Education (EDUC) through the closure date. (See 34 C.F.R. § 685.214(c)(3) & 34 C.F.R. § 685.214(e)).

On September 16, 2021, EDUC/OCFO/DMG determined the DEBTOR delinquent for a debt in the amount of $49,872.00, with an annual interest rate of 1.00% and an annual penalty rate of 6.00%. EDUC/OCFO sent the DEBTOR letters advising of the delinquency and requesting payment. EDUC/OCFO/DMG referred the debt to Treasury for collection between November 23, 2021.

On March 24, 2026, Treasury referred the claim to DOJ for litigation and collection with a principal amount due of $49,872.00, with daily interest of $ 1.37 and daily penalties of $8.20. As of April 22, 2026 , the DEBTOR is indebted to the United States in the amounts stated as follows:

1

**EXHIBIT C**



**U.S. DEPARTMENT OF THE TREASURY**
**BUREAU OF THE FISCAL SERVICE**
**WASHINGTON, DC 20227**

**ACTING ON BEHALF OF**
**U.S. DEPARTMENT OF EDUCATION**
**OFFICE OF THE CHIEF FINANCIAL OFFICER**
**DEBT MANAGE GROUP(EDUC/OCFO/DMG)**
**CERTIFICATE OF INDEBTEDNESS**

| | |
|---|---|
| Principal: | $ 49,872.00 |
| Interest(@1.00%): | $ 2,295.39 |
| Penalty (@6.00%): | $ 13,215.40 |
| Admin Fees: | $ 20,895.53 |
| **Total:** | **$ 86,278.32** |

The balance stated in the debts listed above are current as of April 22, 2026, including any applicable interest, penalties, administrative fees, and Treasury & DOJ fees (pursuant to 31 U.S.C. §§ 3717(e) and 3711(g)(6), (7); 31 C.F.R. 285.12(j) and 31 C.F.R. 901.1(f); and 28 U.S.C. § 527 note).

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief based upon information provided by EDUC/OCFO/DMG and information contained in Treasury's records.

4/22/2026

X _Ashleigh Edmonds_

Signed by: Ashleigh N. Edmonds

Ashleigh Edmonds
Financial Program Specialist
U.S. Department of the Treasury
Bureau of the Fiscal Service
Date: April 22, 2026

2

**EXHIBIT C**